**No. 55896.**—A. Anderson et al. v. United States, protests 125192–K, etc. (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the shells involved in Abstracts 55389 and 50357, the claim for free entry under paragraph 1738 was sustained. Other items stipulated to be the same as the articles involved in Abstract 52477 were held dutiable at 33⅓ percent under paragraph 412.